## LOCOTOSH v BROTHERS

Ohio Appeals, 7th Dist, Lake Co

Decided Dec 31, 1935

Giblin & Giblin, Painesville, for plaintiff in error.

Harry T. Nolan, Painesville, for defendant in error.

For full opinion see 6 OO 274; 52 Oh Ap 158.